UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DONNA CHRONISTER, | )<br>)<br>) |
| Plaintiff, | )  No. 4:19-cv-02245-MTS |
| v. | )<br>) |
| PROGRESSIVE PAIN MANAGEMENT, P.C., DR. NEHAL P. MODH, M.D., US LABORATORY, and JEANNIE YEAST, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED** with prejudice as to Relator's claims against Progressive Pain Management, P.C. and Dr. Nehal P. Modh, M.D., and without prejudice as to Relator's claims against US Laboratory and Jeannie Yeast;

2. This action is **DISMISSED** with prejudice as to the United States with respect to the Covered Conduct set forth in the parties' Settlement Agreement against Progressive Pain Management, P.C., and Dr. Nehal Modh, M.D., and without prejudice as to the United States as to all remaining claims and Defendants; and

3. The Court shall retain jurisdiction of this case for purposes of enforcing the terms of the parties' Settlement Agreement, to the extent consistent with the Constitution and laws of the United States.

Dated this 8th day of July 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE